# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br>c/o Laffey, Bucci & Kent<br>1100 Ludlow Street, Suite 300<br>Philadelphia, PA 19107<br>                Plaintiffs,<br><br>    v.<br><br>WILLIAMSPORT AREA SCHOOL DISTRICT, LYCOMING COUNTY, DR. BRANDON PARDOE, ROGER FREED, SEAN McCANN, RYAN MILLER, FRED A. HOLLAND, ESQ., WILLIAM WEBER, in his individual and official capacity, and JOHN and JANE DOEs #1-#20 (ficticious names), whose true identities are currently unknown to Plaintiffs,<br><br><br><br>           Defendants. | **CIVIL ACTION NO.**<br>**4:22-CV-01387-MWB**<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

1.      PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff John Doe hereby voluntarily dismisses any and all claims, without prejudice, as against Dr. Brandon Pardoe, Defendant.

2.      The dismissal will not prejudice or operate to the detriment of the Defendants named herein.

3.      None of the named Defendants have filed or served an answer or a motion for summary judgement.

4.	The undersigned hereby certifies that no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or Plaintiff's attorneys and that no promise to give any such compensation has been made.

WHEREFORE, Plaintiff, John Doe, respectfully prays that the court enter its order granting voluntary dismissal of this action against Defendant Dr. Brandon Pardoe without prejudice.

Dated:	6/1/23

LAFFEY, BUCCI & KENT, LLP

BY:	_____
Brian D. Kent, Esq.
Gaetano D'Andrea, Esq.
Michael J. McFarland, Esq.
Jillian P. Roth, Esq.
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): bkent@lbk-law.com
gdandrea@lbk-law.com
mmcfarland@lbk-law.com
jroth@lbk-law.com

STAPP LAW, LLC

BY:	/s/ Gregory A. Stapp
Gregory A. Stapp, Esq.
STAPP LAW, LLC
153 West 4th Street, Suite 6
Williamsport, PA 17701
(T): (570) 326-1077
(570) 651-9420
(E): gstapp@stapplaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure as follows:

Joseph D. Shelby, Esquire
Cipriani & Werner, P.C.
45 E. Orange Street
Lancaster, PA 17601
JShelby@c-wlaw.com
*Attorney for Defendant Fred A. Holland, Esq.*

Gregory W. Bair, II, Esq.
Stock and Leader
221 West Philadelphia St.
York, PA 17401
gbair@stockandleader.com
*Attorney for Defendant Roger Freed*

Frank J. Lavery, Jr., Esquire
Andrew W. Norfleet, Esquire
Lavery Law
P.O. Box 1245
Harrisburg, PA 17108-1245
flavery@laverylaw.com
anorfleet@laverylaw.com
*Attorneys for Defendant Lycoming County*

Donald L. Carmelite, Esquire
Yael L. Dadoun, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin, P.C.
100 Corporate Center Dr., Suite 201
Camp Hill, PA 17011
lcarmelite@mdwcg.com
yldadoun@mdwcg.com
*Attorneys for Defendant William Weber*

Gary H. Dadamo, Esquire
Jason P. Sam, Esquire
Sweet, Stevens, Katz & Williams LLP
331 E. Butler Avenue
P.O. Box 5069
New Britain, PA 18901
gdadamo@sweetstevens.com
jsam@sweetstevens.com
*Attorneys for Defendants WASD,*
*Dr. Brandon Pardoe, Sean McCann,*
*and Ryan Miller*

**LAFFEY, BUCCI & KENT, LLP**

By: /s/ Brian D. Kent, Esquire
Attorney ID No. 94221
Brian D. Kent, Esquire
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9256
bkent@lbk-law.com

Date: 6/1/2023