# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br>c/o Laffey, Bucci, D'Andrea, Reich & Ryan LLP<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAMSPORT AREA SCHOOL DISTRICT, et. al.<br>        Defendants. | CIVIL ACTION NO.<br>4:22-CV-01387-MWB |

## ORDER

AND NOW, this 1st day of August 2024, upon consideration the parties' Joint Motion for Extension of Discovery Deadlines, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The case management discovery deadlines are amended as follows:

1. Additional parties shall be joined by December 2, 2024.

2. Amended pleadings are due December 2, 2024.

3. Fact discovery shall be completed by January 2, 2025. All requests for extension of this deadline shall be made at least fourteen days before the expiration of the discovery period.

4. Plaintiff's expert reports are due June 4, 2025.

5. Defendant's expert reports are due July 7, 2025.

6. Supplemental and rebuttal reports are due July 18, 2025.

7. Dispositive motions shall be filed by March 4, 2025.

8. All pretrial and trial deadlines are CANCELLED and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            Chief United States District Judge