# SWEET | STEVENS | KATZ | WILLIAMS

October 8, 2025

**VIA FEDERAL EXPRESS**

Office of the Clerk
U.S. District Court for the Middle District of PA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18501

FILED
WILLIAMSPORT
OCT 14 2025
PER ___NR___
DEPUTY CLERK

Re:  *Doe v. Williamsport Area School District*
U.S. Dist. Ct., Middle Dist. of Pa., Civ. A. 4:22-1387-MWB
Our File No. 467.0005

Dear Sir/Madam:

In accordance with the October 6, 2025 Order of the Honorable Matthew W. Brann (ECF 161), attached for filing under seal is Exhibit 16, video of the incident, in support of the Motion for Summary Judgment of Defendant, Williamsport Area School District, filed on October 1, 2025.

Thank you for your courtesies in this regard. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Karl A. Romberger, Jr.
For SWEET, STEVENS, KATZ & WILLIAMS

Enclosure

cc: Gregory Stapp, Esquire, counsel for Plaintiff (via email w/out attachment)
    Michael McFarland, Esquire, counsel for Plaintiff (via email w/out attachment)

**SOUTHEAST REGION**
331 East Butler Avenue, New Britain, PA 18901
PHONE 215 345 9111 | FAX 215 348 1147

**CENTRAL REGION**
P.O. Box 956, Hershey, PA 17033
PHONE 717 641 9025 | FAX 717 641 9026

**NORTHEAST REGION**
250 Kennedy Boulevard, Suite 1, Pittston, PA 18640
PHONE 570 654 2210 | FAX 570 655 1875

**NORTHERN TIER REGION**
512B Elmira Street, Troy, PA 16947
PHONE 570 512 1440 | FAX 570 512 1442

SWEETSTEVENS.COM




ORIGIN ID: BFCA
KARL A. ROMBERGER, JR.
SWEET, STEVENS, KATZ & WILLIAM
331 E. BUTLER AVENUE
NEW BRITAIN, PA 18901
UNITED STATES US

SHIP DATE: 08OCT25
ACTWGT: 1.00 LB
CAD: 112272805/INET4535

BILL SENDER

TO  CLERK OF COURT
US DISTRICT CRT -MIDDLE DISTRICT PA
235 N. WASHINGTON AVENUE

SCRANTON PA 18501
(570) 207-5600        REF: 467.0005
INV:
PO:                   DEPT:

FedEx Express



TRK# 8850 0214 1316    THU - 09 OCT 5:00P
0201                   STANDARD OVERNIGHT

EJ AVPA                        18501
                    PA-US  ABE

RECEIVED
SCRANTON
OCT 09 2025
JKC
DEPUTY CLERK

Align bottom of peel-and-stick airbill or pou