**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOHN DOE,

      Plaintiff,

    v.

WILLIAMSPORT AREA SCHOOL
DISTRICT,

      Defendant.

No. 4:22-CV-1387

(Chief Judge Brann)

## ORDER

**JUNE 12, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 156) is **GRANTED**;

2. **FINAL JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on Counts I, IV, VI, and VII;

3. Docs. 158-1–158-37, 167, 167-1–167-35, 168-1–168-36, and 170-1–170-2 shall be **PLACED UNDER SEAL**;

4. The parties shall review their own filings and redact any minor's name that currently appears without redaction;

5. The redacted filings shall be docketed within twenty-eight (28) days of the date of this Order; and

6.    The Clerk shall **CLOSE** this case.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2